Rufus Julius Cornelius **ANDERSON**, a/k/a Rufus Julius C. Anderson, a/k/a Rufus J. Anderson, **Plaintiff-Appellant,**

v.

Karen **PATTERSON**; Miranda B. Pierce Ware; John Simmons; Patricia Fuller; E.F. Irick, **Defendants-Appellees**

and

Letitia Verdin; David Fisher; Alex Kinlaw, **Defendants.**

No. 16-2296

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2017

Decided: April 27, 2017

Rufus J. C. Anderson, Appellant Pro Se. Stephanie Holmes Burton, GIBBES & BURTON, LLC, Spartanburg, South Carolina; Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina; Robert Patrick Coler, Assistant City Attorney, Logan McCombs Wells, CITY ATTORNEY'S OFFICE, Greenville, South Carolina, for Appellee.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Rufus Julius Cornelius Anderson appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants' motions to dismiss his 42 U.S.C. § 1983 (2012) complaint on the basis of qualified immunity. We have reviewed the record and find no reversible error. Accordingly, we deny Anderson's motion for an order of protection or restraining order, grant leave to proceed in forma pauperis, and affirm for the reasons stated by the district court. *Anderson v. Patterson,* No. 6:16-cv-00761-MGL, 2016 WL 5424898 (D.S.C. Sept. 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*